UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DALE EPPERSON,<br><br>    Petitioner,<br><br>    v.<br><br>SOLANO COUNTY JAIL, et al.,<br><br>    Respondents. | No. 2:21-cv-0577 AC P<br><br><br>ORDER |

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. See ECF Nos. 1, 2. However, the certificate portion of the request which must be completed by petitioner's institution of incarceration has not been filled out. See ECF No. 2 at 3. Also, petitioner has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner;

////

2. Petitioner shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, and

3. Petitioner shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the petition.

Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 7, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE